# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARIA FORNES-PIERANTONI** ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> ) <br> ) <br> **UNITED STATES OF AMERICA** ) <br> ) <br> ) <br> Defendant. ) | Civil Action No. 1:17-cv- 00643-(APM) |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Maria Fornes-Pierantoni and Defendant, United States of America hereby stipulate to the dismissal of this action with prejudice, each party to bear its own costs and fees.

Dated. June 4, 2018

Respectfully submitted,

/s/Laurie Amell  
LAURIE AMELL, Esq., *Of Counsel*  
REGAN ZAMBRI & LONG, PLLC  
1919 M Street NW, Suite 350  
Washington, D.C. 20036  
202-349-2822 (phone)  
202-463-0667 (Fax)  
LAmell@reganfirm.com

*Attorney for Plaintiff*  
*Maria Fornes-Pierantoni*

JESSIE K. LIU  
U.S. Attorney for the District of Columbia

DANIEL F. VAN HORN  
Chief, Civil Division

By:  /s/  *Jeremy A. Haugh*  
JEREMY A. HAUGH  
Special Assistant United States Attorney  
U.S. Attorney's Office, Civil Division  
555 4th Street, N.W.  
Washington, D.C. 20530  
(202) 252-2574 (phone)  
(202) 252-2599 (fax)  
Jeremy.haugh@usdoj.gov